# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO
### _____ DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER:   10-07399 |
| | } | |
| ARMANDO OCHOA VILLAVISANIS  et als | } | |
| | } | JUDGE            BKT |
| | } | |
| DEBTOR. | } | CHAPTER 11 |

---

## DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
**FROM**     9/1/2010     **TO**     9/30/2010

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:     11/4/2010

/s/ L.A. Morales Vidal
Attorney for Debtor
Urb Villa Blanca
76 Aquamarina Street
Caguas, Puerto Rico 00725-1908
787-746-2434 Fax 258-2658
USDC PR #120011

/s/ Armando Ochoa Villavisanis and Evangeline Marie Sandin Gregory
Urb. Villas de Parana, 59 8 Calle Arroyo
San Juan PR 00926
(787) 747-9461

Note:  The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the followng resources on the United States Trustee Program website, http://www.usdoj.gov/ust/r21/index.htm.
1)     Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)     Initial Filing Requirements
3)     Frequently Asked Questions (FAQs)

# SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

Case Name: Armando Ochoa Villavisanis and Evangeline Marie Sandin Gregory
Case Number: 10-07399-11

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

| | Month September | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | $ 7,127.71 | $ 80.00 |
| CASH- Beginning of Month (Business) | - | - |
| | | |
| Total Household Receipts | 4,555.00 | 14,029.80 |
| Total Business Receipts | - | - |
| Total Receipts | 4,555.00 | 14,029.80 |
| | | |
| Total Household Disbursements | 10,260.80 | 12,687.89 |
| Total Business Disbursements | - | - |
| Total Disbursements | 10,260.80 | 12,687.89 |
| | | |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | (5,705.80) | 1,341.91 |
| | | |
| CASH- End of Month (Individual) | 1,421.91 | 1,421.91 |
| CASH- End of Month (Business) | - | - |

## CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| Total Disbursements (From Above) | 10,260.80 | 12,687.89 |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | - | - |
| | | |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | $ 10,260.80 | $ 12,687.89 |

**I declare under penalty of perjury that this statement and the accompaying documents and reports are true and correct to the best of my knowledge and belief**

This 04 day of November 20 10.          /s/ Armando Ochoa Villavisanis &
                                        /s/ Evangeline Marie Sandin Gregory
                                        Debtor's Signature

# SCHEDULE OF HOUSEHOLD
# CASH RECEIPTS AND CASH DISBURSEMENTS

| | Months September | Cumulative Total |
|---|---|---|
| **CASH**-Beginning of Month | $ 7,127.71 | $ 80.00 |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | 2,555.00 | 5,529.80 |
| Wages from Other Sources (attach list to this report) | - | - |
| Interest or Dividen Income | - | - |
| Alimony or Child Support | - | - |
| Social Security/Pension/Retirement | - | - |
| Sale of Household Assets ( attach list to this report) | - | - |
| Loans/Borrowings from Outside Sources (attach list to this report) | - | - |
| Other (Specify) Transfer from Business | 2,000.00 | 8,500.00 |
| **TOTAL RECEIPTS** | $ 4,555.00 | $ 14,029.80 |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | - | - |
| Charitable Contributions | - | - |
| Gifts | - | - |
| Household Expenses/Food/Clothing | 2,206.05 | 3,000.69 |
| Household Repairs & Maintenance | 1,330.00 | 2,080.00 |
| Insurance | - | - |
| IRA Contribution | - | - |
| Lease/Rent Payments | - | - |
| Medical/Dental Payments | 73.92 | 73.92 |
| Mortgage Payment(s) | - | - |
| Other Secured Payments | - | - |
| Taxes-Personal Property | - | - |
| Taxes-Real Estate | - | - |
| Taxes Other (attach schedule) Federal & State Income taxes | - | - |
| Travel & Entertainment | - | - |
| Tuition/Education | 1,270.45 | 1,870.45 |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 1,790.59 | 1,790.59 |
| Vehicle Expenses | - | - |
| Vehicle Secured Payment(s) | - | - |
| U.S. Trustee Quarterly Fees | - | - |
| Professional Fees (legal, Accounting) | - | - |
| Other (attach schedule) | - | - |
| Gasoline | 62.14 | 142.14 |
| Auto Maintenance | 1,398.00 | 1,600.45 |
| Business Expenses to be reimbursed | 2,046.35 | 2,046.35 |
| Bank Charge | - | - |
| Returned Deps CK. | - | - |
| Check Order | 18.35 | 18.35 |
| Personal Care | 25.00 | 25.00 |
| Annual Membership | 39.95 | 39.95 |
| **TOTAL HOUSEHOLD DISBURSEMENT** | 10,260.80 | 12,687.89 |
| | | |
| **CASH-End of Month** (Must equal reconciled bank statement- | $ 1,421.91 | $ 1,421.91 |
| Attachment No. 2) | | |

# SCHEDULE OF BUSINESS
# CASH RECEIPTS AND CASH DISBURSEMENTS

| | Months September | Cumulative Total |
|---|---|---|
| **CASH**-Beginning of Month | $ - | $ - |
| | | |
| **BUSINESS CASH RECEIPTS** | | |
| Cash Sales | - | - |
| Account Receivable Collection | - | - |
| Loans/Borrowings from Outside Sources (attach list to this report) | - | - |
| Rental Income | 2,000.00 | 8,500.00 |
| Sale of Business Assets ( attach list to this report) | - | - |
| Other (Specify) (attach list to this report) | | |
| | - | - |
| **TOTAL BUSINESS RECEIPTS** | $ 2,000.00 | $ 8,500.00 |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | - | - |
| Salary Paid to Debtor or Owner's Draw ( Transfer to Household Acc) | 2,000.00 | 8,500.00 |
| Taxes-Payroll | - | - |
| Taxes-Sales | - | - |
| Taxes-Other (Attach Schedule) | - | - |
| Contract Labor (Subcontractors) | - | - |
| Inventory Purchases | - | - |
| Secured/Lease Payment (Business) | - | - |
| Utilities (Business) | - | - |
| Insurance | - | - |
| Vehicle Expenses | - | - |
| Travel & Entertainment | - | - |
| Repairs and Maintenance | - | - |
| Supplies | - | - |
| Charitable Contributions/Gifts | - | - |
| Purchase of Fixed Assets | - | - |
| Advertising | - | - |
| Bank Charge | - | - |
| Other ( Attach Schedule) | - | - |
| U.S. Trustee Quarterly Fees | - | - |
| Professional Fees (legal, Accounting) | - | - |
| Other (attach schedule) | - | - |
| | | |
| | | |
| **TOTAL BUSINESS DISBURSEMENT** | 2,000.00 | 8,500.00 |
| | | |
| **CASH-End of Month** (Must equal reconciled bank statement- Attachment No. 2) | $ - | $ - |

Monthly Operating Report - Individual

| QUESTIONNAIRE | YES | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | | X |
| 3. Are any post-petition receivables (accounts, notes or loans) due from any relatives, insiders, or related party? | | X |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5. Have any post-petition loans been received by the debtor from any party? | | X |
| 6. Are any post-petition payroll taxes past due? | | X |
| 7. Are any post- petition state or federal income taxes past due? | | X |
| 8. Are any post- petition state or local sales taxes past due? | | X |
| 9. Are any post-petition real estate taxes past due? | | X |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11. Are any wages payments past due? | | X |

*If the answer to any of the above questions is "YES" provide a detailed explanation of each item on a separate sheet.*

| INSURANCE INFORMATION | YES | NO |
|---|---|---|
| 1. Are real and personal property, vehicle /auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO", provide a detailed explanation of each item on a separate sheet.*

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY and CARRIER | | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Property & General liability Insurance | | 08/24/10 - 08/24/11 | $677.00 Monthly | 0.00 |
| | | | | |
| | | | | |
| | | | | |

_____Check here if United States Trustee has been listed a Certificate Holder on all policies of insurance.

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

Estimated Date of Filing the Plan of Reorganization and Disclousure Statement:___01/31/2011_____

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| **Name of Bank** | BPPR | | | |
| **Account Number** | 346088075 | | | |
| **Purpose of Account (Business/Personal)** | Personal | | | |
| **Type of Account (e.g. checking)** | Checking | | | |
| | | | | |
| 1. **Balance per Bank Statement** | $ 1,510.53 | | | |
| 2. **ADD**: Deposits not credited (attach list to this report) | - | | | |
| 3. **SUBTRACT**: Outstanding Checks (attach list) | 88.62 | | | |
| 4. Other Reconciling Items (attach list to this report) | - | | | |
| 5. **Month End Balance** (Must Agree with Books) | 1,421.91 | | | |
| TOTAL OF ALL ACCOUNTS | | | | $ 1,421.91 |

**Note: Attach a copy of the bank statement and bank reconciliation for each account.**

| Investment Account Information Bank/Account Name/Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note: Attach a copy of each investment account statement.**

MONTHLY OPERATING REPORT-
INDIVIDUAL

**CASH DISBURSEMENTS DETAILS - HOUSEHOLD**

**ATTACHMENT NO. 3A**

| Name of Bank | Banco Popular de PR |
|---|---|
| Account Nunber | 346088075 |
| Purpose of Account (personal) | Personal |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| DMS | 09/01/2010 | Office Max | Household expenses | 87.51 |
| DMS | 09/02/2010 | Spirit Airline | Annual Membership | 39.95 |
| DMS | 09/03/2010 | Withdraw Costco ( No ATM Allowed) | Food and Household expenses | 400.00 |
| 34 | 09/03/2010 | Cash | Payment to housekeeper | 180.00 |
| 35 | VOID | VOID | VOID | - |
| 36 | 09/03/2010 | Cash | Bathroom improvement, gardering | 600.00 |
| DMS | 09/04/2010 | Moncho Pan | Food | 91.22 |
| DMS | 09/04/2010 | Wal-mart | Household expenses | 88.67 |
| DMS | 09/04/2010 | Pueblo El Señorial | Food | 48.98 |
| DMS | 09/06/2010 | Pueblo El Señorial | Food | 79.50 |
| DMS | 09/07/2010 | Onelink | Cable TV, Internet & Telephone | 296.39 |
| DMS | 09/07/2010 | AAA | Utilities | 600.00 |
| DMS | 09/07/2010 | AEE | Utilities | 600.00 |
| DMS | 09/08/2010 | Harland Checks | Check Order | 18.35 |
| DMS | 09/09/2010 | Supermercado Bonanza II | Food | 235.55 |
| DMS | 09/10/2010 | Moncho Pan | Food | 18.46 |
| DMS | 09/11/2010 | Centro Agricola Las Americas | Business Expenses to be reimbursed | 1,180.00 |
| DMS | 09/13/2010 | Suncore Industries, Inc. | Auto Parts | 548.00 |
| 37 | 09/15/2010 | Cash | Auto Parts & Labor | 850.00 |
| DMS | 09/15/2010 | UPR Carolina | Education Expenses | 206.00 |
| DMS | 09/15/2010 | Moncho Pan | Food | 18.43 |
| DMS | 09/15/2010 | Walgreens | Medical Expenses | 73.92 |
| DMS | 09/15/2010 | General Office Suplies | Household expenses | 49.00 |
| DMS | 09/16/2010 | Withdraw Monte Hiedra | Payment to housekeeper & educ. Exp. | 300.00 |
| DMS | 09/16/2010 | The Home Depot | Household expenses | 127.33 |
| DMS | 09/19/2010 | Macy's | Clothes | 107.90 |
| DMS | 09/19/2010 | Santa Paula Oil | Gasoline | 62.14 |
| DMS | 09/19/2010 | Link Collection | Clothes | 58.83 |
| DMS | 09/21/2010 | Rest. Happy Garden | Food | 39.59 |
| 101 | 09/23/2010 | Cash | Personal Care | 25.00 |
| DMS | 09/24/2010 | Withdraw | Bathroom improvement, Housekeeper | 710.00 |
| DMS | 09/24/2010 | Naara, Inc. | Clothes | 32.00 |
| DMS | 09/27/2010 | University Books | Education Expenses | 144.45 |
| DMS | 09/27/2010 | Capitol | Education Expenses | 60.00 |
| 39 | 09/29/2010 | Cash | Pool Maintenance | 200.00 |
| 40 | 09/27/2010 | Sra. Cristina Burgos | Education Expenses (lodging) | 600.00 |
| 41 | 09/27/2010 | Armando J. Ochoa Sandin | Education Expenses | 140.00 |
| DMS | 09/28/2010 | Moncho Pan | Food | 8.30 |
| DMS | 09/28/2010 | Pueblo El Señorial | Food | 60.06 |

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| | | | | |
|---|---|---|---|---|
| DMS | 09/29/2010 | Ponce Aquarium | Business Expenses to be reimbursed | 866.35 |
| DMS | 09/29/2010 | Moncho Pan | Food | 26.10 |
| DMS | 09/30/2010 | Onelink | Cable TV, Internet & Telephone | 294.20 |
| DMS | 09/30/2010 | Rest. Raices | Food | 88.62 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $ 10,260.80 |

If any checks written this period have not been delivered to the payee, provide details, includings the payee, amount, explanation for holding check and anticipated delivery date of check.

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre-& post-Petition) | Schedule Amount | Current Month September |
|---|---|---|
| Accounts Receivable Beginning Balance | 0.00 | 0.00 |
| Plus: Billings During the Month | 0.00 | 0.00 |
| Less: Collections During the Month | 0.00 | 0.00 |
| Adjustments or Writeoffs* | 0.00 | 0.00 |
| Accounts Receivable Ending Balance** | 0.00 | 0.00 |

| ACCOUNTS RECEIVABLE AGING (Pre-& Post-Petition) | Schedule Amount | Current Month September |
|---|---|---|
| 0 - 30 Days | 0.00 | 0.00 |
| 31 - 60 Days | 0.00 | 0.00 |
| 61 - 90 Days | 0.00 | 0.00 |
| Over 90 Days | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| **Total Accounts Receivable**** | 0.00 | 0.00 |

**\*Attach explanation of any adjustment or writeoff.**
**\*\*The "current month"of these two lines must equal.**

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| **Federal Taxes** | | |
| Withholding** | 0.00 | 0.00 |
| FICA - Employee | 0.00 | 0.00 |
| FICA - Employer | 0.00 | 0.00 |
| Unemployment | 0.00 | 0.00 |
| Income | 0.00 | 0.00 |
| Other (attach List) | 0.00 | 0.00 |
| **Total Federal Taxes** | 0.00 | 0.00 |
| | | |
| | | |
| **State & Local Taxes** | | |
| Withholding | 0.00 | 0.00 |
| Sales | 0.00 | 0.00 |
| Unemployment | 0.00 | 0.00 |
| Real Property | 0.00 | 0.00 |
| Personal Property | 0.00 | 0.00 |
| Other (Attach List) **Income** | 0.00 | 0.00 |
| **Total State & Local Taxes** | 0.00 | 0.00 |
| **Total Post-Petition Taxes** | 0.00 | 0.00 |

\* The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

\*\* Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

| ACCOUNTS PAYABLE RECONCILIATION (Post-petition Only) | | | |
|---|---|---|---|
| | **Month September** | **Month August** | **Month** |
| **Accounts Payable Beginning Balance*** | 0.00 | 0.00 | 0.00 |
| Plus: New Indebtedness During the Month | 0.00 | 0.00 | 0.00 |
| Less: Amount Paid on Acct. Payables in Month | 0.00 | 0.00 | 0.00 |
| Adjustment or Writeoffs** | 0.00 | 0.00 | 0.00 |
| **Accounts Payable Ending Balance** | 0.00 | 0.00 | 0.00 |

* The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

** Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoice incurred since the filling of the petition (Post-Petition Only) and have NOT been paid]*** | | | |
| **Vendor & Description of Bill/Invoice** | **Date Incurred** | **Days Outstanding** | **Amount** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*** List any additional payables on a separate sheet and attach to this schedule.

| POST- PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| **Name of Secured Creditor / Lessor** | **Scheduled Monthly Payment Due** | **Total Past Due From Prior Month(s)** | **Amount Paid During Month** | **Total Unpaid Post-Petition** | **Total Number of Payments Past Due** |
| Doral Bank | $  2,883.62 | - | $           - | 2,883.62 | 1 |
| Reliable Finance | 285.00 | - | - | 285.00 | 1 |
| | | | | | |
| | | | | | |

# STANDARD BANK RECONCILIATION

Month      September      Year    2010

Account No    346088075        Account Name     Armando Ocho
                                                              Evangeline Mar

Bank Balance shown on Bank Statement     $ 1,510.53     Your transaction register balance

Add (+)

Deposits not shown on Bank Statement       -               Add (+)
                                                      Other credits shown on the bank
                                                      statement but not in transaction reg

Total               1,510.53

                                                      Add (+)

Subtract (-)                                         Interest paid on bank statement

Checks and other items outstanding but not
paid on Bank Statement                                        Total

| Number | Amount | Number | Amount |
|--------|--------|--------|--------|
| DMS | 88.62 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Subtract (-)

Other debits shown on bank statement
but not in transaction register

| Number | Amount |
|--------|--------|
| | |
| | |
| | |

Total Subtractions       88.62          Total Subtractions

Balance        $ 1,421.91          Balance

# ▣ POPULAR

Hola Armando

A A

| Fecha | Descripción | Débito(-) | Crédito (+) | Balance |
|-------|-------------|-----------|-------------|---------|
| 08/25/2010 | CHEQUE DEPOSITADO DEVUELTO | $3,500.00 | | $0.00 |
| 08/26/2010 | DEPOSITO | | $3,500.00 | $3,500.00 |
| 08/27/2010 | CHEQUE NUMERO 30 | $180.00 | | $3,320.00 |
| 08/27/2010 | CHEQUE NUMERO 31 | $100.00 | | $3,220.00 |
| 08/30/2010 | DEPOSITO | | $1,054.80 | $4,274.80 |
| 08/30/2010 | PURCHASE SUPERMERCADO BONANZA II ON 08/29/10 | $387.03 | | $3,887.77 |
| 08/30/2010 | PURCHASE WESTERN AUTO SAN JUAN 1 ON 08/29/10 | $202.45 | | $3,685.32 |
| 08/30/2010 | PURCHASE OFFICE MAX ON 08/28/10 | $200.87 | | $3,484.45 |
| 08/30/2010 | PURCHASE TOTAL COLLEGE PARK 001 ON 08/29/10 | $80.00 | | $3,404.45 |
| 08/30/2010 | CHEQUE NUMERO 33 | $600.00 | | $2,804.45 |
| 08/31/2010 | DEPOSITO | | $5,000.00 | $7,804.45 |
| 08/31/2010 | PURCHASE ATT Mobility JICAGUAS, | $26.74 | | $7,777.71 |
| 09/01/2010 | PURCHASE OFFICE MAX | $87.51 | | $7,690.20 |
| 09/02/2010 | CHEQUE NUMERO 32 | $650.00 | | $7,040.20 |
| 09/03/2010 | ATH WITHDRAWAL COSTCO PLAZA CENTRO MALL BPPR ON 09/02/10 | $400.00 | | $6,640.20 |
| 09/03/2010 | CHEQUE NUMERO 36 | $600.00 | | $6,040.20 |
| 09/03/2010 | CHEQUE NUMERO 34 | $180.00 | | $5,860.20 |
| 09/07/2010 | PURCHASE SJCONELINK | $296.39 | | $5,563.81 |
| 09/07/2010 | PURCHASE MONCHO PAN ON 09/04/10 | $91.22 | | $5,472.59 |
| 09/07/2010 | PURCHASE Wal-Mart Super CCUPEY ON 09/04/10 | $88.67 | | $5,383.92 |
| 09/07/2010 | PURCHASE 128 PUEBLO SENORIAL ON 09/06/10 | $79.50 | | $5,304.42 |
| 09/07/2010 | PURCHASE 128 PUEBLO SENORIAL ON 09/04/10 | $48.98 | | $5,255.44 |
| 09/07/2010 | PURCHASE SPIRIT AIRL 48700660529 ON 09/02/10 | $39.95 | | $5,215.49 |
| 09/07/2010 | TELEPAGO AAA | $600.00 | | $4,615.49 |
| 09/07/2010 | TELEPAGO AUTORIDAD ENERGIA ELECTRICA | $600.00 | | $4,015.49 |
| 09/08/2010 | HARLAND CHECKS CHK ORDERS | $18.35 | | $3,997.14 |

| Date | Description | Amount | Deposit | Balance |
|---|---|---|---|---|
| 09/09/2010 | PURCHASE SUPERMERCADO BONANZA II | $235.55 | | $3,761.59 |
| 09/10/2010 | PURCHASE MONCHO PAN | $18.46 | | $3,743.13 |
| 09/13/2010 | DEPOSITO | | $1,000.00 | $4,743.13 |
| 09/13/2010 | DEPOSITO | | $1,000.00 | $5,743.13 |
| 09/13/2010 | PURCHASE CTRO AGRICOLA LAS AMERI ON 09/11/10 | $1,180.00 | | $4,563.13 |
| 09/15/2010 | CHEQUE NUMERO 37 | $850.00 | | $3,713.13 |
| 09/15/2010 | PURCHASE SUNCORE INDUSTRIES INC ON 09/13/10 | $548.00 | | $3,165.13 |
| 09/15/2010 | PURCHASE UPR CAROLINA RECADACION | $206.00 | | $2,959.13 |
| 09/15/2010 | PURCHASE MONCHO PAN | $18.43 | | $2,940.70 |
| 09/16/2010 | ATH WITHDRAWAL MONTEHIEDRA CINEMAS BPPR | $300.00 | | $2,640.70 |
| 09/16/2010 | PURCHASE THE HOME DEPOT 6SAN JUA | $127.33 | | $2,513.37 |
| 09/16/2010 | PURCHASE WALGREENS 12649 ON 09/15/10 | $73.92 | | $2,439.45 |
| 09/16/2010 | PURCHASE GENERAL OFFICE SUPPLIES ON 09/15/10 | $49.00 | | $2,390.45 |
| 09/20/2010 | PURCHASE MACY'S 021 ON 09/19/10 | $107.90 | | $2,262.55 |
| 09/20/2010 | PURCHASE SANTA PAULA OIL ON 09/19/10 | $62.14 | | $2,220.41 |
| 09/20/2010 | PURCHASE LINK COLLECTION PLA ON 09/19/10 | $58.83 | | $2,161.58 |
| 09/22/2010 | PURCHASE REST HAPPY GARDEN EL YA ON 09/21/10 | $39.59 | | $2,121.99 |

* Las imagenes de cheques presentadas no son instrumentos negociables.

© 2010 Popular Inc.

Seguridad | Privacidad | Terminos y Condiciones

**POPULAR**

Hola Armando                                                                                     ⋀ A

| Fecha | Descripción | Débito(-) | Crédito (+) | Balance |
|---|---|---|---|---|
| 09/24/2010 | ATH WITHDRAWAL | $710.00 | | $1,411.99 |
| 09/24/2010 | CHEQUE NUMERO 101 | $25.00 | | $1,386.99 |
| 09/27/2010 | DEPOSITO | | $1,500.00 | $2,886.99 |
| 09/27/2010 | DEPOSITO | | $1,055.00 | $3,941.99 |
| 09/27/2010 | PURCHASE UNIVERSITY BOOKS | $144.45 | | $3,797.54 |
| 09/27/2010 | PURCHASE NAARA INC ON 09/24/10 | $32.00 | | $3,765.54 |
| 09/28/2010 | PURCHASE CAPITOL ON 09/27/10 | $60.00 | | $3,705.54 |
| 09/28/2010 | PURCHASE MONCHO PAN | $8.30 | | $3,697.24 |
| 09/28/2010 | CHEQUE NUMERO 40 | $600.00 | | $3,097.24 |
| 09/29/2010 | PURCHASE PONCE AQUARIUM, INC. | $866.35 | | $2,230.89 |
| 09/29/2010 | PURCHASE 128 PUEBLO SENORIAL ON 09/28/10 | $60.06 | | $2,170.83 |
| 09/29/2010 | PURCHASE MONCHO PAN | $26.10 | | $2,144.73 |
| 09/29/2010 | CHEQUE NUMERO 39 | $200.00 | | $1,944.73 |
| 09/29/2010 | CHEQUE NUMERO 41 | $140.00 | | $1,804.73 |
| 09/30/2010 | PURCHASE SJCONELINK | $294.20 | | $1,510.53 |
| 10/01/2010 | DEPOSITO | | $5,000.00 | $6,510.53 |
| 10/01/2010 | PURCHASE MONCHO PAN | $8.30 | | $6,502.23 |
| 10/04/2010 | PURCHASE 128 PUEBLO SENORIAL ON 10/01/10 | $196.66 | | $6,305.57 |
| 10/04/2010 | PURCHASE RESTAURANTE RAICES ON 09/30/10 | $88.62 | | $6,216.95 |
| 10/06/2010 | PURCHASE SEARS ROEBUCK CAGUAS | $558.78 | | $5,658.17 |
| 10/07/2010 | PURCHASE SHANNANS IRISH PUB ON 10/06/10 | $92.07 | | $5,566.10 |
| 10/07/2010 | PURCHASE MONCHO PAN ON 10/06/10 | $48.49 | | $5,517.61 |
| 10/08/2010 | DEPOSITO | | $1,424.00 | $6,941.61 |
| 10/08/2010 | PURCHASE SAMSCLUB 6689 | $350.41 | | $6,591.20 |
| 10/11/2010 | DEPOSITO | | $1,070.00 | $7,661.20 |
| 10/11/2010 | DEPOSITO | | $1,070.00 | $8,731.20 |
| 10/11/2010 | PURCHASE CTRO AGRICOLA LAS AMERI ON 10/09/10 | $1,066.40 | | $7,664.80 |
| 10/13/2010 | DEPOSITO | | $1,000.00 | $8,664.80 |
| 10/13/2010 | TELEPAGO AUTORIDAD ENERGIA ELECTRICA | $2,000.00 | | $6,664.80 |
| 10/13/2010 | TELEPAGO AUTORIDAD ENERGIA ELECTRICA | $410.13 | | $6,254.67 |
| 10/13/2010 | TELEPAGO AAA | $200.00 | | $6,054.67 |