**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE | **CASE NO. 10-07399-BKT** |
| **EVANGELINE M SANDIN GREGORY ARMANDO OCHO VILLAVISANIS** | **CHAPTER: 11** |
| **DEBTOR(S)** | |

## MOTION WITHDRAWING MOTION REQUESTING DISMISSAL

**TO THE HONORABLE COURT:**

Comes now, RELIABLE FINANCIAL SERVICES, INC., holder of a secured claim and Movant herein, through the undersigned attorney and very respectfully Alleges and Prays:

Movant withdraws its Motion Requesting Dismissal filed on **October 28, 2010** in the above captioned case.

**WHEREFORE**, Movant prays this Honorable Court to take note of the foregoing and order accordingly.

### CERTIFICATE OF SERVICE

I hereby certify that the present motion was filed electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the **MONSITA LECAROZ, US TRUSTEE,** Trustee and **LYSSETTE A. MORALES VIDAL,** Debtor(s) Attorney and that we have sent copy of this document through regular mail to Debtor(s) **EVANGELINE M SANDIN GREGORY, ARMANDO OCHO VILLAVISANIS URB VILLAS DE PARANA S9 8 CALLE ARROYO SAN JUAN, PR 00926**.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico this 16 day NOVEMBER, 2010.

**/S/ CARLOS E. PEREZ PASTRANA**
**USDC-208913**
Attorney for Movant
PO BOX 21382
SAN JUAN, PR 00928-1382
TEL. 787-625-6645 FAX: 787-625-4891
cperezp@reliablefinancial.com